**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

| | | |
|---|---|---|
| In re: CURTIS K. POE | § | Case No. 11-84357 |
| EVELYN POE | § | |
| | § | |
| Debtors | § | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/07/2011.

2) The plan was confirmed on 12/21/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 07/26/2013, 11/22/2013, 07/25/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 06/17/2014.

6) Number of months from filing or conversion to last payment: 32.

7) Number of months case was pending: 34.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $5,654.00.

10) Amount of unsecured claims discharged without full payment: $53,314.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 11,669.00 |
| Less amount refunded to debtor | $ 327.27 |
| **NET RECEIPTS** | $ 11,341.73 |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,500.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 643.26 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,143.26 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GERACI LAW L.L.C. | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| PERSONAL FINANCE COMPANY | Sec | 2,967.00 | 3,053.76 | 2,727.08 | 2,727.08 | 191.15 |
| PERSONAL FINANCE COMPANY | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ARC ACCOUNTS RECOVERY | Uns | 38.00 | NA | NA | 0.00 | 0.00 |
| ALLIED DATA CORPORATION | Uns | 79.00 | NA | NA | 0.00 | 0.00 |
| ANIMAL CARE HOSPITAL | Uns | 450.00 | NA | NA | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES | Uns | 504.00 | NA | NA | 0.00 | 0.00 |
| ARTS SUPERMARKET | Uns | 56.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC assignee | Uns | 183.00 | 183.05 | 183.05 | 183.05 | 0.00 |
| ATLANTIC CREDIT & FINANCE, INC | Uns | 830.00 | NA | NA | 0.00 | 0.00 |
| AURORA EYE CLINIC | Uns | 440.00 | NA | NA | 0.00 | 0.00 |
| BEN GORDON CENTER | Uns | 1,343.00 | NA | NA | 0.00 | 0.00 |
| BOTTOM LINE BOOKS | Uns | 48.00 | NA | NA | 0.00 | 0.00 |
| CENTENNIAL COUNSELING | Uns | 55.00 | NA | NA | 0.00 | 0.00 |
| CENTER FOR FOOT & ANKLE | Uns | 426.00 | NA | NA | 0.00 | 0.00 |
| CENTER FOR SLEEP | Uns | 20.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Uns | 574.00 | NA | NA | 0.00 | 0.00 |
| CHASE RECEIVABLES | Uns | 43.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| COMCAST CHICAGO SECONDS - | Uns | 1,050.00 | NA | NA | 0.00 | 0.00 |
| CONSULTANTS IN DIAGNOSTIC | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| CONSULTANTS IN DIAGNOSTIC | Uns | 20.00 | NA | NA | 0.00 | 0.00 |
| D & B RECEIVABLE MGMT | Uns | 74.00 | NA | NA | 0.00 | 0.00 |
| DD DHARKAR | Uns | 15.00 | NA | NA | 0.00 | 0.00 |
| DEKALB IMAGING CENTER | Uns | 188.00 | NA | NA | 0.00 | 0.00 |
| DR JOSEPH JIMENEZ | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DR GIRGIS & ASSOCIATES | Uns | 133.00 | 132.80 | 132.80 | 132.80 | 0.00 |
| EDWARD CARDIOVASCULAR | Uns | 20.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY ANIMAL SERVICES | Uns | 409.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY TREATMENT SC | Uns | 96.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING, LLC | Uns | 501.00 | 501.06 | 501.06 | 501.06 | 0.00 |
| FIRST MIDWEST BANK | Uns | 55.00 | NA | NA | 0.00 | 0.00 |
| GREENWHICH FINANCE | Uns | 7,987.00 | NA | NA | 0.00 | 0.00 |
| GUARDIAN ANESTHESIA ASSOC | Uns | 739.00 | NA | NA | 0.00 | 0.00 |
| GUARDIAN ANESTHESIA ASSOC | Uns | 146.00 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS | Uns | 3,968.00 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS INC | Uns | 524.00 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS INC | Uns | 265.00 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS INC | Uns | 296.00 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS INC | Uns | 115.00 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS INC | Uns | 658.00 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS INC | Uns | 565.00 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS INC | Uns | 888.00 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS INC | Uns | 66.00 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS INC | Uns | 837.00 | NA | NA | 0.00 | 0.00 |
| HEALTH PLUS | Uns | 967.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Uns | 668.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM INC | Uns | 157.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS SLEEP PROVIDER | Uns | 699.00 | NA | NA | 0.00 | 0.00 |
| JEWEL OSCO / US BANK NA ND | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| KISHWAUKEE CARDIOLOGY | Uns | 4.00 | NA | NA | 0.00 | 0.00 |
| LAKE HOLIDAY UTILITIES CORP | Uns | 95.00 | NA | NA | 0.00 | 0.00 |
| LAKEWOOD MINI MART | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MARATHON OIL CO | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MARK D WEINHOLD DDS | Uns | 252.00 | NA | NA | 0.00 | 0.00 |
| MIDSTATE COLLECTION SO | Uns | 53.00 | NA | NA | 0.00 | 0.00 |
| MONITOR FINANCIAL SERVICES | Uns | 223.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL REVIEW | Uns | 20.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC asignee | Uns | 602.00 | 602.65 | 602.65 | 602.65 | 0.00 |
| OBERWEIS DAIRY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ORCHARD ROAD ANIMAL | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY PHYSICIAN | Uns | 54.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN CORP OF ILLINOIS | Uns | 785.00 | NA | NA | 0.00 | 0.00 |
| PREFERRED CAPITAL LENDING INC | Uns | 17,713.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING, LLC | Uns | 504.00 | 506.97 | 506.97 | 506.97 | 0.00 |
| PROVENA MERCY CENTER | Uns | 2,350.00 | NA | NA | 0.00 | 0.00 |
| RANDALLWOOD RADIOLOGY | Uns | 131.00 | NA | NA | 0.00 | 0.00 |
| READERS DIGEST ASSOC | Uns | 10.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLES MANAGEMENT INC | Uns | 928.00 | 725.00 | 725.00 | 725.00 | 0.00 |
| REDDY MEDICAL ASSOCIATES LTD | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| REZIN ORTHOPEDICS | Uns | 53.00 | NA | NA | 0.00 | 0.00 |
| RRCA | Uns | 116.00 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY MEDICAL CENTER | Uns | 1,047.00 | NA | NA | 0.00 | 0.00 |
| SANTA BARBARA BANK & TRUST | Uns | 535.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Uns | 432.00 | NA | NA | 0.00 | 0.00 |
| TITLEMAX OF ILLINOIS | Uns | 900.00 | NA | NA | 0.00 | 0.00 |
| UTILITIES INC | Uns | 202.00 | NA | NA | 0.00 | 0.00 |
| VALLEY WEST COMMUNITY | Uns | 837.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Uns | 613.00 | 613.15 | 613.15 | 613.15 | 0.00 |
| AFNI INC | Uns | 360.00 | 360.25 | 360.25 | 360.25 | 0.00 |
| WALMART | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WEST CHICAGO FIRE DEPARTMENT | Uns | 131.00 | NA | NA | 0.00 | 0.00 |
| WHEATON EYE CLINIC | Uns | 571.00 | NA | NA | 0.00 | 0.00 |
| YORKVILLE IMAGING | Uns | 182.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING, LLC | Uns | 0.00 | 556.37 | 556.37 | 556.37 | 0.00 |
| EQUABLE ASCENT FINANCIAL LLC | Uns | 0.00 | 98.94 | 98.94 | 98.94 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 2,727.08 | $ 2,727.08 | $ 191.15 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 2,727.08 | $ 2,727.08 | $ 191.15 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 4,280.24 | $ 4,280.24 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 4,143.26 |
| Disbursements to Creditors | $ 7,198.47 |
| **TOTAL DISBURSEMENTS:** | $ 11,341.73 |

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  08/22/2014            By:  /s/ Lydia S. Meyer
                                             Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.